UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) <br> (32 WARRANTS) ) <br> ) <br> ) | **FILED UNDER SEAL** <br> 24-mj-8405-PGL <br> through <br> 24-mj-8436-PGL |

## MOTION TO UNSEAL

The United States, by and through its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby moves to unseal the seizure warrant applications, the supporting Affidavit of Homeland Security Investigations Special Agent Adam Rayho, including exhibits and attachments thereto, the seizure warrants, any ruling on this Motion, all related paperwork filed herewith, and the prior motion to seal filed in the above-captioned matters.

In support of its motion, the government states that the seizure warrants have been executed, and therefore, the public disclosure of these materials will not jeopardize the ongoing investigation or the safety of law enforcement officers seeking to effectuate the warrants.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By:  */s/ Alexandra W. Amrhein*
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Alexandra.Amrhein@usdoj.gov

Dated: August 13, 2024

SO ORDERED:

_____
PAUL G. LEVENSON
United States Magistrate Judge

Dated: August ___, 2024